IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SARAH ANN LEWIS § | |
| § | |
| vs. § | |
| § | Civil Action No.3:16-cv-00281 |
| KEVIN KELLY, Individually, and § | (*jury*) |
| HENIFF TRANSPORATION § | |
| SYSTEMS, LLC § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE GEORGE C. HANKS, JR.:

Plaintiff SARAH ANN LEWIS and Defendants, KEVIN KELLY, INDIVIDUALLY, AND HENIFF TRANSPORTATION SYSTEMS, LLC, file this Joint Notice of Settlement and would respectfully show:

1. The parties have reached an agreement to settle all claims made by Plaintiff against Defendants. The settlement agreement resolves all claims and causes of action that have been made against Defendants in Civ. Action No. 3:16-cv-00281.

2. The parties are in the process of drafting and executing final settlement documents, after which an Agreed Order of Dismissal will be promptly filed.

Respectfully Submitted,

_____
Clifford D. Peel II
**THE PEEL LAW FIRM**
SBN: 24068776
Fed. ID No. 1065189
4888 Loop Central Dr. Suite 530
Houston, Texas 77081
Ph: (713) 300-9980
Fax: (281) 408-4499
cpeel@peel-lawfirm.com

**ATTORNEY FOR PLAINTIFF**


*/s/ Jason D. Goff*     signed w/ permission
**DONATO, MINX, BROWN & POOL, P.C.**
SBN: 24052857
Fed. ID No. 948748
3200 Southwest Freeway, Ste. 2300
Houston, Texas 77027
Ph: (713) 877-1112
Fax: (713) 877-1138
jgoff@donatominxbrown.com

**ATTORNEY FOR DEFENDANTS**